OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 7, 2005

Sharon Agnew
Prothonotary, Superior Court of Delaware
Office of the Prothonotary
500 North King Street
Lower Level One
Suite 500
Wilmington, DE 19801

> IN RE: Eastern Savings Bank v. Caroline P. Ayers-
> Fountain
> Civil Action No. 04-347(JJF)

Dear Ms. Agnew,

In accordance with the March 31, 2005 Opinion and Judgment of the United States District Court for the District of Delaware, the above titled action has been remanded to your court. Enclosed please find for your reference a certified copy of the docket sheet, a certified copy of the Memorandum Opinion (DI #27), Final Order (DI #28)and copies of docket items 1-26.

If you have any further questions, please contact me at the phone number listed above.

Sincerely,

Peter T. Dalleo, Clerk

By: _____
Deputy Clerk

cc: Judge Joseph J. Farnan, Jr. (w/o encl.)
    John R. Weaver, Jr., Esquire (w/o encl.)