**ORIGINAL**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

FILE NUMBER: 04-347-JJF

| | |
|---|---|
| EASTERN SAVINGS BANK )<br>)<br>Plaintiff-Appellee )<br>)<br>v. )<br>)<br>CAROLINE AYRES-FOUNTAIN )<br>)<br>Defendant-Appellant. ) | NOTICE OF APPEAL |

Notice is hereby given that Caroline Ayres- Fountain, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from an Order remanding a case back to the Delaware Superior Court, subsequent to the District Court's dispositive Order in Civil Action Number: 04-349-JJF, dismissing the case in its entirety. Both Orders were entered on March 31, 2005. The Dismissal Order in Civil Action Number 04-349-JJF, is separate from the subsequent Order of Remand in Civil Action Number 04-347-JJF, and meets the finality requirement of 28 U.S.C. Section 1291, which triggered the Remand Order. ( See Carr v. American Red Cross, 17 F.3d 671(3rd Cir. 1994).

_____
Caroline P. Ayres-Fountain
1 Gwynedd Lane
Hockessin, Delaware 19707

Dated: April 29, 2005

## CERTIFICATE OF SERVICE

I, Caroline P. Ayres-Fountain, Defendant, do hereby certify that I have caused to be mailed copies of the attached Notice of Appeal on April 29, 2005 to the below-mentioned person(s):

John Weaver, Esquire
Farr, Burke, Gambacorta and Wright
P.O. Box 510
914 Walnut Street
Wilmington, DE. 19899

Attorneys for Plaintiff Eastern Savings Bank

_____
Caroline P. Ayres-Fountain
1 Gwynedd Lane
Hockessin, Delaware 19707

Dated: April 29, 2005