**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| EASTERN SAVINGS BANK, a Federal Savings Bank, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-347(JJF) |
| v. | ) ) | |
| CAROLINE P. AYRES-FOUNTAIN, | ) ) | |

**CERTIFICATION OF SERVICE**

I, JOHN R. WEAVER, JR., ESQUIRE, attorney for the movant, do hereby certify that I did on the 17th day of May 2005, mail to the persons or parties hereinafter named, together with their addresses, by certified mail and regular mail:

**RESPONSIVE BRIEF OF EASTERN SAVINGS BANK, A FEDERAL SAVINGS BANK, TO APPELLANT'S MOTION TO STAY ALL STATE COURT PROCEEDINGS OR, IN THE ALTERNATIVE, MOTION TO GRANT INJUNCTIVE RELIEF REQUESTED IN CIVIL ACTION 04-347-JJF.**

       Caroline P. Ayres-Fountain, *pro se*
       One Gwynedd Lane
       Hockessin, Delaware 19707

I declare under penalty of perjury that the foregoing is correct.


DATED: 5/17/05       BY:   /s/ *John R. Weaver, Jr., Esq.*
                                        JOHN R. WEAVER, JR. ESQUIRE