OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

___Delaware___     Clerk of District Court         Date___6/28/05___
(District)

___E Savings Bank v. Ayres-Fountain___          C. of A. No.___05-2419___
(Caption)

___Caroline Ayres-Fountain___
(Appellant)

___04-cv-00347___
(D.C. No.)

Enclosures:

___6/28/05_____Certified copy of C. of A. Order by the **Court/Clerk**
(Date)

*___XXXX___   Record

*_____ Supplemental Record (First) (Second) (Third)

*_____ Exhibits

*_____ State Court Record

___XXXX___   Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____
             is recalled.

                              ___Dana Moore___      (267)-299-___4927___
                              Deputy Clerk          Telephone Number

                            *___h Martin___         (267)-299-___4914___
                              Record Processor      Telephone Number

FILED
JUN 30 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Receipt Acknowledge:
___E. Strickler___
(Name)
___6/30/05___
(Date)

06-29-05

Rev. 3/13/00
Appeals (Record)