OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

June 28, 2005

Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE 19801

Re:   In Re: Ayres-Fountain
      Docket No. 05-2410




Dear Clerk:

    Enclosed herewith are copies of the following documents filed today in the above-entitled case:

1. Opinion of the Court

2. Certified copy of the Judgment denying the issuance of a writ of mandamus/prohibition.

    Please acknowledge receipt of the above documents on the enclosed copy of this form.

    Very truly yours,
    MARCIA M. WALDRON, Clerk

By: _____
    Case Manager
    Direct Dial: 267-299-4927

Enclosures
cc: Ms. Caroline P. Ayres-Fountain
    Laura M. Egerman, Esq.
    John R. Weaver Jr., Esq.