IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EASTERN SAVINGS BANK,           :
                                :
        Plaintiff,              :
                                :
    v.                          :    Civil Action No. 04-347 JJF
                                :
CAROLINE P. AYERS-FOUNTAIN,     :
                                :
        Defendant.              :

## O R D E R

WHEREAS, Defendant filed a Motion To Stay All State Court Proceedings, In The Alternative, Motion To Grant Injunctive Relief Requested In Civil Action Number 04-347 requesting that the Court stay pending appeal enforcement of the Court's March 31, 2005, Order remanding the matter to the Superior Court of Delaware;

WHEREAS, on June 30, 2005, the Third Circuit entered judgment on the appeal, and thus the appeal is no longer pending;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion To Stay All State Court Proceedings, In The Alternative, Motion To Grant Injunctive Relief Requested In Civil Action Number 04-347 is **DENIED** as moot.

July 25, 2005
DATE

UNITED STATES DISTRICT JUDGE