# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

September 29, 2005

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA  19106



04-CV-00347 D JJF

Re:  Caroline P. Ayers-Fountain
  v. Eastern Savings Banks
  No. 05-6696
  (Your No. 05-2419)

Dear Clerk:

  The petition for a writ of certiorari in the above entitled case was filed on September 26, 2005 and placed on the docket September 29, 2005 as No. 05-6696.

       Sincerely,

       **William K. Suter**, Clerk

       by

       Heather Trant
       Case Analyst